IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 21-1426-RGA |
| | : | |
| SYNTHEGO CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER TRANSFERRING CASE**

Defendant filed a motion to dismiss. (D.I. 8). Plaintiff filed a cross-motion to transfer. (D.I. 9). Defendant's argument against transfer is that the case is redundant of the case it filed in the Northern District of California. (D.I. 11 at 1). Plaintiff argues that it might suffer preclusive effects if the case is dismissed in Delaware. (D.I. 9 at 1).

The California case is the first-filed, and the parties agree that the case here is essentially the same case and that the litigation ought to occur in California. They argue about California rules of practice with which I am unfamiliar. I see no harm in transferring this case to California. It is possible that there is no harm to dismissing this case, but it seems like the sort of issue that would be better resolved in California.

Thus, the Court denies without prejudice the motion to dismiss (D.I. 8) and grants the motion to transfer (D.I. 9).

The case is **TRANSFERRED** to the United States District Court for the Northern

District of California.

      IT IS SO ORDERED this 14th day of January 2022.


                                                   /s/ Richard G. Andrews
                                            United States District Judge